UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK RAMSAUR,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA N.A.,<br><br>        Defendant. | No.  2:23–cv–1407–KJN<br><br>ORDER |

    This action has been directly assigned to Chief Magistrate Judge Kendall J. Newman under Appendix A, sub. (m) of the court's Local Rules.  A review of the docket indicates that not all parties have filed their consent forms concerning the jurisdiction of the Magistrate Judge for all purposes.  See 28 U.S.C. § 636(c).  There is no obligation to consent, and under Federal Rule of Civil Procedure 73(b)(1), the judges will not be notified of a party's choice unless all parties have consented.  However, a consent designation is required so that this case can be administratively processed.  Thus, the parties are instructed to promptly file their "Consent/Decline of U.S. Magistrate Judge Jurisdiction" form.

    That issue aside, given that an answer has been filed by a defendant (see ECF No. 7), the case appears ripe for scheduling.  Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

    1. Within 30 days of this order, the parties shall discuss, in person or by telephone, their

obligations to transmit mandatory disclosures to the other parties, as required by Federal Rule of Civil Procedure 26.  During their meeting, the parties shall discuss whether this case should be stayed and referred to mediation in the court's Voluntary Dispute Resolution Program.  The parties should also confer on discovery deadlines.

2. Within 14 days after this conferral, the parties shall file a joint status report with the court for the entry of a pretrial scheduling order.  This report shall address the relevant portions of Local Rule 240(a) including subsections (1), (2), (4), (8), (11), (12), (16), (17), and (18); shall include the parties' statement(s) of the case; and may address any other matters the parties believe are important for scheduling purposes.

3. A scheduling conference shall take place on Tuesday, October 17, 2023, at 9:00 a.m. before the undersigned.  The parties will receive instructions on how to remotely appear as the hearing date approaches.  This date may be vacated if all parties do not file consent to the undersigned conducting all proceedings in this case.

Dated:  August 30, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rams.1407